SLIP OPINION



Cite as 2014 Ark. App. 376

# ARKANSAS COURT OF APPEALS

DIVISION I
No. CR–13–117

|  |  |
|---|---|
| SEIMOND EVANS | **Opinion Delivered** June 18, 2014 |
| APPELLANT | APPEAL FROM THE UNION COUNTY CIRCUIT COURT [NO. CR–2010-213-1-1] |
| V. | |
|  | HONORABLE HAMILTON H. SINGLETON, JUDGE |
| STATE OF ARKANSAS | |
| APPELLEE | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## JOHN MAUZY PITTMAN, Judge

Seimond Evans appeals from an order revoking his probation and sentencing him to ten years in the Arkansas Department of Correction. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Arkansas Supreme Court Rule 4–3(k), appellant's attorney has filed a motion to be relieved as counsel, stating that there is no merit to the appeal. The motion is accompanied by an abstract and addendum of the proceedings below and a brief in which counsel asserts that there is nothing in the record that would support an appeal.[1] The clerk of this court served appellant with a copy of his counsel's brief and notified him of his right to file a pro se statement of points for reversal within thirty days. Appellant has filed no such statement.

---

[1]The record has been supplemented, and the abstract, brief, and addendum have been corrected as directed in *Evans v. State,* 2014 Ark. App. 22.

SLIP OPINION

From our review of the record and the brief presented to us, we find compliance with Rule 4–3(k) and that the appeal is without merit. Accordingly, counsel's motion to withdraw is granted, and the revocation order is affirmed.

Affirmed; motion to withdraw granted.

GLADWIN, C.J., and WHITEAKER, J., agree.

*N. Mark Klappenbach*, for appellant.

No response.